Western Pennsylvania Hospital et al. *v.* Lichliter et al., Appellant.

Argued November 26, 1940. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN and PATTERSON, JJ.

384

386

388

394

*Sidney G. Handler,* with him *Benjamin C. Sigal,* for appellant.

*John W. Kephart,* with him *H. G. Wasson, Seward H. French, Jr., Reed, Smith, Shaw & McClay* and *George Ross Hull,* for appellees.

*J. Charles Short,* Solicitor, *M. Louise Rutherford* and *William M. Rutter,* Deputy Attorneys General, and *Claude T. Reno,* Attorney General, for Pennsylvania Labor Relations Board, interested party.

PER CURIAM, January 6, 1941:
The decree of the court below is affirmed on the comprehensive opinion of Judge RICHARDS. Costs to be paid by appellant.